# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bury, David C. | U.S. District Court - Arizona | 05/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
405 W. Congress, Suite 6170
Tucson, Arizona 85701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MSSB:IRA (AGTHX) | A | Dividend | J | T | | | | | |
| 2. MSSB: IRA (H) | | | | | | | | | |
| 3. --Morgan Stanley Bank NA #MM | A | Interest | J | T | | | | | |
| 4. -- Blackrock Equity Dividend I MADVX | E | Dividend | M | T | Buy (add'l) | 01/02/15 | J | | |
| 5. | | | | | Buy (add'l) | 12/15/15 | K | | |
| 6. | | | | | Sold (part) | 12/01/15 | J | A | |
| 7. -- Brandes Internat'l EQI BIIEX | A | Dividend | K | T | Buy (add'l) | 01/02/15 | J | | |
| 8. | | | | | Sold (part) | 12/01/15 | J | | |
| 9. -- Goldman Sachs Strategic INC I GSZIX | C | Dividend | L | T | Buy (add'l) | 01/02/15 | J | | |
| 10. | | | | | Sold (part) | 12/01/15 | J | | |
| 11. -- JP Morgan Income Builder Sel JNBSX | C | Dividend | L | T | Buy (add'l) | 01/02/15 | J | | |
| 12. | | | | | Sold (part) | 12/01/15 | J | | |
| 13. -- Metropolitan West Tot Ret BD I MWTIX | C | Dividend | M | T | Sold (part) | 12/01/15 | J | A | |
| 14. -- Neuberger Berman Genesis Inst NBGIX | C | Dividend | K | T | Buy (add'l) | 01/02/15 | J | | |
| 15. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 16. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 17. | | | | | Sold (part) | 12/01/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Neuberger Berman Str Inc Inst NSTLX | C | Dividend | L | T | Sold (part) | 12/01/15 | J | | |
| 19. --Nuveen Santa Barbara Div Gr 1 NSBRX | D | Dividend | M | T | Buy (add'l) | 01/02/15 | J | | |
| 20. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 21. | | | | | Sold (part) | 12/01/15 | J | A | |
| 22. -- Pia Short Term Securities PIASX | A | Dividend | K | T | Sold (part) | 12/01/15 | J | | |
| 23. --Virtus Foreign Opport I -JVXIX | A | Dividend | K | T | Buy (add'l) | 01/02/15 | J | | |
| 24. | | | | | Sold (part) | 12/01/15 | J | | |
| 25. MSSB: JOINT FMA (H) | | | | | | | | | |
| 26. --Growth Fund of America Class A AGTHX | A | Dividend | J | T | | | | | |
| 27. --Growth Fund of America Class A-AGTHX | A | Distribution | | | | | | | |
| 28. -- Lord Abbett Capital Structure Fund Class A LAMAX | B | Dividend | K | T | | | | | |
| 29. | B | Distribution | | | | | | | |
| 30. -- Nextera Energy Inc. NEE | A | Dividend | K | T | | | | | |
| 31. -- Smallcap World Fund Class A SMCWX | A | Dividend | J | T | | | | | |
| 32. | A | Distribution | | | | | | | |
| 33. -- Washington Mutual Investors Fund Class A AWSHX | A | Dividend | K | T | | | | | |
| 34. | B | Distribution | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -- JP Morgan Interim Tax FR BD C JITCX | C | Dividend | M | T | | | | | |
| 36. | A | Distribution | | | | | | | |
| 37.   -- Pimco Shrt Term Muni B Exc SMMU | A | Dividend | K | T | | | | | |
| 38.   -- SPDR Nuveen Barclays Capital S - SHM | A | Dividend | K | T | | | | | |
| 39.   --Gamco Global Gold Natural Reso- GGN | A | Distribution | J | T | | | | | |
| 40.   --Microsoft Corp MSFT | A | Dividend | J | T | | | | | |
| 41.   --Mesa AZ Bond | A | Interest | J | T | | | | | |
| 42.   --Mesa AZ Utility Sys Bond | A | Interest | J | T | | | | | |
| 43.   MorganStanley Bank NA Money Mkt | A | Interest | L | T | | | | | |
| 44.   CHASE CHECKING ACCT | A | Interest | J | T | | | | | |
| 45.   Bury, Moeller, Humphrey & O'Meara Profit Sharing Plan | A | Interest | | | Sold | 04/14/15 | J | | |
| 46.   Rental Property #2, Tucson, AZ | A | Rent | | | Sold | 04/29/15 | L | A | Orthopedic Surgical Sol. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

REGARDING PART VII:

Line 45:  This Profit Sharing Plan was sold and split up.  My portion was $788.77 and was transferred into my Morgan Stanley Bank N.A. #Money Market IRA on Line 3 on 4/14/15.

| Name of Person Reporting | Date of Report |
|---|---|
| Bury, David C. | 05/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Bury**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544